UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HURRICANE FENCE COMPANY, ET AL.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 11-1474** |
| **VAPIR, INC., ET AL.** | * | **SECTION "L"(5)** |

## ORDER OF DISMISSAL

The Court having been advised that all of the parties to Civil Action No. 11-1474, entitled *Hurricane Fence Company, et al. versus Vapir, Inc., et al.*, have firmly agreed upon a compromise,

Pursuant to the terms of the settlement agreement entered into by the parties and read into the record on this date, IT IS ORDERED that the action be and it is hereby DISMISSED with prejudice, except that in the event that a dispute arises regarding the settlement agreement the Court shall retain jurisdiction for a period of three years and during that time either party may seek to reopen the action and enforce the settlement agreement.

New Orleans, Louisiana, this 19th day of December, 2011.

UNITED STATES DISTRICT JUDGE